# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAURA LEA WARDEN**, *et al.*, : | |
|     **Plaintiffs**, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-5493** |
| : | |
| **WOODS SERVICES**, *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 10th day of December, 2019, upon consideration of Plaintiff Laura Lea Warden's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Warden's ADEA claim is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. Warden's state law claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum.

5. Warden may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Warden's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Warden should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's

Memorandum. If she filed a timely charge with the EEOC or PHRC, Warden should state so in her amended pleading and attach a copy of the resulting Notice of Right to Sue Letter. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

      6.     The Clerk of Court is **DIRECTED** to send Warden a blank copy of this Court's current standard form to be used by a self-represented litigant filing a complaint for employment discrimination bearing the above-captioned civil action number. Warden may use this form to file her amended complaint if she chooses to do so.

      7.     If Warden fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

      8.     Warden's Motion to Appoint Counsel is **DENIED WITHOUT PREJUDICE** and with leave to refile after the Court concludes its screening of her amended complaint.

                                    **BY THE COURT:**

                                      */s/ Berle M. Schiller*

                                      **Berle M. Schiller, J.**