# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA LEA WARDEN, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-5493 |
| : | |
| WOODS SERVICES, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 17th day of March, 2020, upon consideration of Plaintiff Laura Lea Warden's Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Amended Complaint **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

**Berle M. Schiller, J.**